

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| EX PARTE: | § | No. 08-19-00099-CR |
| | § | Appeal from the |
| FERNANDO ORTIZ III. | § | County Court at Law No. 1 |
| | § | of El Paso County, Texas |
| | § | (TC# 20180C09025) |
| | § | |

## MEMORANDUM OPINION

Appellant, Fernando Ortiz III, has filed a motion to dismiss his appeal pursuant to Rule 42.2. This rule permits an appellate court to dismiss a criminal appeal on the appellant's motion at any time before the court's decision. TEX.R.APP.P. 42.2(a). Finding that Appellant's motion complies with the requirements of Rule 42.2(a), we grant the motion and dismiss the appeal.


GINA M. PALAFOX, Justice

May 8, 2019

Before McClure, C.J., Rodriguez, and Palafox, JJ.

(Do Not Publish)